IN THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

PEDRO GUIMOYE,

Plaintiff,    CASE NO.:   2016-SC-019676-O

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

Defendant.
_____/

STATEMENT OF CLAIM
JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes PEDRO GUIMOYE, the Plaintiff herein, and hereby filed this Statement of Claim against GLOBAL CREDIT & COLLECTION CORPORATION, the Defendant herein, and hereby states as follows:

PART I: INTRODUCTION

1. This is an action for damages which do not exceed $2,500.00 in any single count; it is brought by individual consumer for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. §1692k(d) and 28 U.S.C., §1337; supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367.

3. This action arises out of Defendant's violations of the FDCPA, and out of the invasions of Plaintiff's personal and financial privacy by this Defendant and its agents in its illegal effort to collect a consumer debt from Plaintiff.

4. Venue is proper in this County because the acts and transactions occurred in Florida where the Plaintiff resides and Defendant transacts business here.

## PARTIES

5. Plaintiff is a natural person who resides in the State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant, a collection agency, operates from an address of 5440 N Cumberland Ave., Suite 300, Chicago, IL 60656. Defendant has a registered agent in the State of Florida designated to receive service of process named CT Corporation System, whose address is 1200 South Pine Island Road, Plantation, FL 33324, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). Defendant is also registered with the state of Florida as a "debt collector."

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant is a corporation licensed to do business in the State of Florida as a registered debt collector.

12. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5). Upon information and belief, Defendant is attempting to collect on a consumer debt from Plaintiff, who used the credit at issue for personal purchases such as food, clothing, gasoline, travel, etc.

13. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

14. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

15. On or about June 6, 2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 8487. A true copy of Defendant's letter is attached hereto as Exhibit "A".

16. On or about August 16, 2016, Plaintiff notified Defendant in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed and refused to pay the debt at issue. A true copy of Plaintiff's letter is attached hereto as Exhibit "B".

17. On or about November 1, 2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 8487. A true copy of Defendant's letter is attached hereto as Exhibit "C".

18. On November 8, 2016, Defendant contacted Defendant via Plaintiff's cell phone for payment of an alleged consumer debt, account number ending in 8487. A true copy of Defendant's phone call is attached hereto as Exhibit "D".

19. On November 8, 2016, Plaintiff advised Defendant clearly and without question that he had retained an attorney for this matter. Despite Plaintiff having advised Defendant that he retained an attorney, Defendant continued to request payment during its phone call to Plaintiff on November 8, 2016.

20. Defendant again contacted Plaintiff on November 9, 2016, despite being aware that Plaintiff had retained an attorney, for payment of an alleged consumer debt, account number ending in 8487. A true copy of Defendant's phone call is attached hereto as Exhibit "D".

## COUNT I
## FAILURE TO CEASE COMMUNICATIONS
## IN VIOLATION OF 15 U.S.C. § 1692c(c)

21. Plaintiff incorporates Paragraphs 1 through 20.

22. Pursuant to § 803 of the FDCPA, 15 USC § 1692a, "communication" is defined as the conveying of information regarding a debt directly or indirectly, and the definition of a "debt collector" includes anyone who regularly attempts to collect debts, directly or indirectly.

23. On June 6, 2016, Defendant communicated with Plaintiff in the capacity as a debt collector when it mailed them a Dunning Notice, regarding account ending in 8487 (see Exhibit "A").

24. On August 16, 2016, Plaintiff sent Defendant a refusal to pay the debt (see Exhibit "B").

25. Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c). On November 1, 2016, Defendant continued to attempt collection by writing to the Plaintiff even after Plaintiff refused to pay the alleged debt (see Exhibit "C").

26. Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of the instant suit; and

c. Such other or further relief as the Court deems proper.

## COUNT II
### FAILURE TO CEASE COMMUNICATIONS IN VIOLATION OF 15 U.S.C. § 1692c(a)(2)

27. Plaintiff incorporates Paragraphs 1 through 20.

28. Pursuant to § 803 of the FDCPA, 15 USC § 1692a, "communication" is defined as the conveying of information regarding a debt directly or indirectly, and the definition of a "debt collector" includes anyone who regularly attempts to collect debts, directly or indirectly.

29. Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(a)(2). On November 8, 2016, Defendant called Plaintiff's cell phone in an attempt to collect on account ending in 8487 (see Exhibit "D").

30. On November 8, 2016, Plaintiff clearly and without question told Defendant that he had retained an attorney for this matter. Despite this, Defendant continued to attempt collection during this phone call, and attempted to collect again by calling Plaintiff's cell phone on November 9, 2016 (see Exhibit "D").

31. Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of the instant suit; and

c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: November 15, 2016

_____
Michael Tierney, P.A.
Michael Tierney, Esquire
Florida Bar No.: 643475
918 Beard Avenue
Winter Park, Florida 32789-1806
Tel: (407) 740-0074
Attorney for Plaintiff



# Exhibit "A"



Global Credit & Collection Corp.
5440 N Cumberland Ave., Suite 300
Chicago, IL 60656
1-855-601-0375

June 06, 2016

24693150

PEDRO A GUIMOYE
871 SW 83rd Ave
North Lauderdale FL 33068-2049

| Creditor: | Citibank, N.A. |
|---|---|
| Product: | CITI MASTERCARD |
| Global ID: | 32152279 |
| Card Number Ending in: | ************8487 |
| Current Balance: | $12,501.26 |
| Web Password: | JoERIHSgoW |

Dear PEDRO A GUIMOYE,

Please be advised it is Global Credit & Collection Corp.'s intent to deposit the postdated payment we have in our office on Jun 15 2016 in the amount of $5796.61 and apply it to your CITI MASTERCARD account with Citibank, N.A.. All payments mailed to this office should be payable to Citibank.

Andre Deleo
1-866-277-1877
All calls may be recorded or monitored for quality and training purposes.

We are a debt collector. This is an attempt to collect this debt and any information obtained will be used for that purpose.

**NOTICE - SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**
Detach and Return Bottom Portion with Payment

| Fill in all of the information below, and we will arrange this payment free of charge. | | |
|---|---|---|
| Name of Bank | ☐ Checking | |
| Routing Number | Account Number | Payment Date |
| Name of Account Holder | | |
| Signature | Amount Authorized $ | |

| Creditor: | Citibank, N.A. |
|---|---|
| Global ID: | 32152279 |
| Current Balance: | $12,501.26 |

**OR** mail in a check or money order to:

Global Credit & Collection Corp.
PO Box 2127
Schiller Park, IL 60176-1956



# Exhibit "B"

**GLOBAL**
CREDIT COLLECTION CO

Global Credit & Collection Corp.
5440 N Cumberland Ave., Suite 300
Chicago, IL 60656
1-855-601-0375

June 06, 2016

24693150

PEDRO A GUIMOYE
871 SW 83rd Ave
North Lauderdale FL 33068-2049

| | |
|---|---|
| Creditor: | Citibank, N.A. |
| Product: | CITI MASTERCARD |
| Global ID: | 32152279 |
| Card Number, Ending in: | ************8487 |
| Current Balance: | $12,501.26 |
| Web Password: | JoERIHSgoW |

Dear PEDRO A GUIMOYE,

Please be advised it is Global Credit & Collection Corp.'s intent to deposit the postdated payment we have in our office on Jun 15 2016 in the amount of $5796.61 and apply it to your CITI MASTERCARD account with Citibank, N.A.. All payments mailed to this office should be payable to Citibank.

Andre Deleo
1-866-277-1877
All calls may be recorded or monitored for quality and training purposes.

We are a debt collector. This is an attempt to collect this debt and any information obtained will be used for that purpose.

*I think there is something wrong with this information, So I am disputing this and not paying it.*

*[signature] 08/15/16*

**NOTICE - SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**
Detach and Return Bottom Portion with Payment

| Fill in all of the information below, and we will arrange this payment free of charge | | |
|---|---|---|
| Name of Bank | ☐ Checking | |
| Routing Number | Account Number | Payment Date |
| Name of Account Holder | | |
| Signature | Amount Authorized $ | |

| | |
|---|---|
| Creditor: | Citibank, N.A. |
| Global ID: | 32152279 |
| Current Balance: | $12,501.26 |

OR mail in a check or money order to:

Global Credit & Collection Corp.
PO Box 2127
Schiller Park, IL 60176-1956

Pedro Guzmaye
871 SW 83rd Ave
North Lauderdale, FL 33068



8/16/16

Global Credit Collections
5440 N Cumberland Ave
Suite 300
Chicago, IL 60656



# Exhibit "C"



Global Credit & Collection Corp.
5440 N Cumberland Ave., Suite 300
Chicago, IL 60656
1-855-601-0375

November 01, 2016

25290021

PEDRO A GUIMOYE
871 SW 83rd Ave
North Lauderdale FL 33068-2049

| Creditor: | Citibank, N.A. |
|---|---|
| Product: | CITI MASTERCARD |
| Global ID: | 32807476 |
| Card Number Ending in: | ************8487 |
| Current Balance: | $12,500.54 |
| Web Password: | pxpgwb |

Dear PEDRO A GUIMOYE,

Your CITI MASTERCARD account has been placed with Global Credit & Collection Corp., a collection agency.

As soon as we receive your payment in full on the above-noted account all collection activity will be stopped.

All payments mailed to this office should be made payable to Citi.

For your convenience please visit our self service website at https://servicing.globalcollection.net. Once logged in you will have several options; setting up a payment and viewing account details. Use your Global ID and web password pxpgwb.

Should you have any questions concerning your payment or your account, please contact our office. Please make sure that your payment clearly identifies your name and that of your creditor so that payment can be properly applied to your account.

Allan Duarte
1-877-241-7841
All calls may be recorded or monitored for quality and training purposes.

We are a debt collector. This is an attempt to collect this debt and any information obtained will be used for that purpose.

## NOTICE - SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
Detach and Return Bottom Portion with Payment

| Fill in all of the information below, and we will arrange this payment free of charge. | | |
|---|---|---|
| Name of Bank | ☐ Checking | |
| Routing Number | Account Number | Payment Date |
| Name of Account Holder | | |
| Signature | Amount Authorized $ | |

| Creditor: | Citibank, N.A. |
|---|---|
| Global ID: | 32807476 |
| Current Balance: | $12,500.54 |

OR mail in a check or money order to:

Global Credit & Collection Corp.
PO Box 2127
Schiller Park, IL 60176-1956

3000IMS

Teléfono    Exhibit "D"    MÁS

REGISTRO    FAVORITOS    CONTACTOS

**9 de noviembre de 2016**

+1 217-303-5726
Illinois                                    8:41 AM

**8 de noviembre de 2016**

+112173035726
Illinois                                    8:12 AM